———o———

MARY A. SILVEY, Plaintiff in Error, *vs.* ALPHONSO SUMNER, Defendant in Error.

*Practice,civil—Supreme Court—Judgment—Writ of Error.*—Where the record shows no judgment of the court below, a writ of error will be dismissed.

### Error to Morgan Circuit Court.

*J. A. Spurlock*, for Plaintiff in Error.

*A. W. Anthony*, for Defendant in Error.

EWING, Judge, delivered the opinion of the court.

No judgment of the Circuit Court appears in the record. The writ of error is therefore dismissed. The other Judges concur.